IN THE SUPREME COURT OF NORTH CAROLINA

No. 224PA15

Filed 18 March 2016

IN THE MATTER OF THE FORECLOSURE OF THE DEEDS OF TRUST EXECUTED BY GROVER C. BROWN and wife, MARGARET C. BROWN, dated April 1, 1980, Recorded in Book 949 at Page 109, and Book 949 at Page 111 of the Buncombe County Registry

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 771 S.E.2d 829 (2015), affirming an order entered on 9 April 2014 by Judge J. Thomas Davis in Superior Court, Buncombe County. Heard in the Supreme Court on 16 February 2016.

*Bull and Reinhardt, PLLC, by Adam W. Bull, for petitioner-appellee, Executor of the Estate of Merton L. Brown.*

*Wilder Wadford and Christopher Musial for respondent-appellants.*

*John R. Dillard for First Choice Title, LLC, d/b/a First Choice Title Company of North Carolina, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.